| **Respond to Selected Documents**

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄

**01/27/2026**

**Corporation Served**

Document ID - 26-SMCC-15; Served To - QUICKTRIP CORPORATION D/B/A QUICKTRIP #236; Served Date - 01/15/2026; Served Time - 12:33:00; Service Type - SP; Reason Description - SERV; Service Text -Corporation served. Summons given to Mark Rauss.

**Notice of Service**

AFFIDAVIT OF SERVICE of QT Corporation filed. (cfs)

    **Filed By:** NICHOLAS PARN HILLYARD

    **On Behalf Of:** HEATHER M MARTIN

**01/07/2026**

**Summons Issued-Circuit**

Document ID: 26-SMCC-15, for QUICKTRIP CORPORATION D/B/A QUICKTRIP #236

**Order - Special Process Server**

ORDER filed. (ldb)

**12/30/2025**

**Motion Special Process Server**

AMENDED MOTION FOR APPROVAL AND APPOINTMENT OF SPECIAL PROCESS SERVER, Proposed ORDER APPOINTING SPEICAL PROCESS SERVER filed and forwarded to DIV I for review (Cfs)

    **Filed By:** NICHOLAS PARN HILLYARD

    **On Behalf Of:** HEATHER M MARTIN

**12/17/2025**

**Judge/Clerk - Note**

No Summons issued until a Motion and Proposed Order listing 20 or less names of qualified Process Servers. (Cfs)

**Notice**

NOTICE OF 90 DAY DOCKET CALL set for March 20 2026 at 9am in DIV I. (Cfs)

**Hearing Scheduled**

    **Scheduled For:** 03/20/2026; 9:00 AM; MEGAN BLAIR BENTON; Platte

**Filing Info Sheet eFiling**

    **Filed By:** NICHOLAS PARN HILLYARD

**Motion Special Process Server**

MOTION FOR APPROVAL AND APPPOINTMENT OF SPECIAL PROCESS SERVER, Proposed ORDER APPOINTING SPECIAL PROCESS SERVER filed. (Cfs)

    **Filed By:** NICHOLAS PARN HILLYARD

    **On Behalf Of:** HEATHER M MARTIN

**Pet Filed in Circuit Ct**

PETITION FOR DAMAGES filed. (cfs)

    **Filed By:** NICHOLAS PARN HILLYARD

    **On Behalf Of:** HEATHER M MARTIN

EXHIBIT A

## AFFIDAVIT OF SERVICE

**State of Missouri**                    **County of Platte**                    **Circuit Court**

Case Number: 25AE-CC00434   Court Date: 3/20/2026  9:00 am

Plaintiff: **Heather Martin**
vs.
Defendant: **Quicktrip Corporation D/B/A
Quicktrip #236**

POW2026000211

For: Wendt Law Firm

Received by D & B Legal Service, LLC to be served on **Quicktrip Corporation d/b/a Quicktrip #236 c/o RA: CT Corporation System, 5661 Telegraph Rd, Ste. 4B, St. Louis, MO 63129.** I, __MARK RAUSS__, _____, being duly sworn, depose and say that on the __15___ day of __JANUARY___, 20_26_, at __12 :3__ __p__.m., executed service by delivering a true copy of the **Summons in Civil Case, Petition for Damages and Notice Setting on Calendar** in accordance with state statutes in the manner marked below:

[X] CORPORATE SERVICE: By serving __TRACI MACMANN_____ as __INTAKE SPECIALIST_____.

( ) CORPORATE SERVICE AT ALTERNATE ADDRESS: By serving _____ as _____ at the alternate address of _____.

( ) AUTHORIZED SERVICE: By serving _____ as _____

( )NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**_____
_____
_____
_____

Age _45__  Sex M F  Race _WHITE___  Height _5'5___  Weight _145__  Hair BROWN____  Glasses
Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _16___
day of _JANUARY 2026___, _____, by the affiant who
is personally known to me in the State of
_____ and County of
_____

**NOTARY PUBLIC**

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**D & B Legal Service, LLC
5350 W 94th Ter Ste 206
Prairie Village, KS 66207
(913) 362-8110**

Our Job Serial Number: 2026000211

LAWANDA RAUSS
Notary Public, Notary Seal
State of Missouri
St. Louis City
Commission # 12393005
My Commission Expires 09-10-2028

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b



# Summons in Civil Case

IN THE 6TH JUDICIAL CIRCUIT, PLATTE COUNTY, MISSOURI

| Judge or Division:<br>MEGAN BLAIR BENTON | Case Number: 25AE-CC00434 | |
|---|---|---|
| Plaintiff/Petitioner:<br>HEATHER M MARTIN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>NICHOLAS PARN HILLYARD<br>4717 GRAND AVE<br>SUITE 130<br>KANSAS CITY, MO  64112 | |
| Defendant/Respondent:<br>QUICKTRIP CORPORATION D/B/A<br>QUICKTRIP #236 | Court Address:<br>415 3RD STREET<br>SUITE 5<br>PLATTE CITY, MO  64079 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File<br>Stamp for<br>Return) |

**The State of Missouri to:   QUICKTRIP CORPORATION D/B/A QUICKTRIP #236**
**Alias:**
**RA: CT CORPORATION SYSTEM**
**5661 TELEGRAPH RD; STE 4B**
**ST. LOUIS, MO  63129**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**PLATTE COUNTY**

| 07-JAN-2026 | _Alysia Collins CC by Cassie Fenton-Saylee DC_ |
|---|---|
| Date | Clerk |

**Further Information:**

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-15**
1 of 2 (25AE-CC00434)                                                  Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:26-cv-06027-SRB     Document 1-2     Filed 02/12/26     Page 3 of 17   EXHIBIT A

**IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI**

FILED

JAN 07 2026

Elysia A. Collins
Clerk of the Circuit Court Platte County, MO

Electronically Filed - PLATTE - December 30, 2025 - 01:58 PM

| | |
|---|---|
| HEATHER MARTIN, | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | )     **Case No. 25AE-CC00434** |
| | ) |
| QUIKTRIP CORPORATION, d/b/a | ) |
| QUIKTRIP #236, | ) |
| | ) |
| **Defendant.** | ) |

<u>**AMENDED MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVERS**</u>

COMES NOW Plaintiff, by and through her attorneys of record, and hereby requests Approval/Appointment of D&B Legal Service, LLC.: Legal Names (s):

| | |
|---|---|
| Mark Rauss | Kain Royer |
| Christopher Drummond | Daniel O'Conner |
| Sallie Bailey | David Gianini |
| Greg Zotta | Anthula Lekaj |
| Anthony Dunne | Danessa Seward |
| Elizabeth Turner-Phillips | Lawanda Rauss |

who are qualified people to serve process, are not parties to the case and are not less than eighteen (18) years of age, as private process servers in the above cause to serve process in this case.

Respectfully submitted,

**WENDT LAW FIRM, P.C.**

/s/ Nick Hillyard
NICK HILLYARD     #57538
SAMUEL M. WENDT     #53573
4717 Grand Ave., Suite 130
Kansas City, Missouri 64112
Phone:     (816) 531-4415
Fax:     (816) 531-2507
Email:     nick@wendtlaw.com
        sam@wendtlaw.com
**ATTORNEYS FOR PLAINTIFFS**

## **ORDER**

It is hereby ordered that the Plaintiff's Motion for Approval and Appointment of Private Process Servers is granted, and D&B Legal Service, LLC, and the above-named individuals are hereby approved and appointed to serve process in the above-captioned matter.

Date: _1/7/2026_        _[signature]_
                        Judge or Clerk

**IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI**

| | | |
|---|---|---|
| HEATHER MARTIN, | ) | |
| | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case No. 25AE-CC00434** |
| | ) | |
| QUIKTRIP CORPORATION, d/b/a | ) | |
| QUIKTRIP #236, | ) | |
| | ) | |
|     **Defendant.** | ) | |

<u>**AMENDED MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVERS**</u>

COMES NOW Plaintiff, by and through her attorneys of record, and hereby requests Approval/Appointment of D&B Legal Service, LLC.: Legal Names (s):

| | |
|---|---|
| Mark Rauss | Kain Royer |
| Christopher Drummond | Daniel O'Conner |
| Sallie Bailey | David Gianini |
| Greg Zotta | Anthula Lekaj |
| Anthony Dunne | Danessa Seward |
| Elizabeth Turner-Phillips | Lawanda Rauss |

who are qualified people to serve process, are not parties to the case and are not less than eighteen (18) years of age, as private process servers in the above cause to serve process in this case.

Respectfully submitted,

**WENDT LAW FIRM, P.C.**

 /s/ Nick Hillyard
_____
NICK HILLYARD      #57538
SAMUEL M. WENDT     #53573
4717 Grand Ave., Suite 130
Kansas City, Missouri 64112
Phone:    (816) 531-4415
Fax:      (816) 531-2507
Email:    nick@wendtlaw.com
          sam@wendtlaw.com
**ATTORNEYS FOR PLAINTIFFS**

EXHIBIT A

## **<u>ORDER</u>**

It is hereby ordered that the Plaintiff's Motion for Approval and Appointment of Private Process Servers is granted, and D&B Legal Service, LLC, and the above-named individuals are hereby approved and appointed to serve process in the above-captioned matter.

Date: _____       _____
                                                                    Judge or Clerk

Electronically Filed - Platte - December 17, 2025 - 01:43 PM

**IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI**

| | |
|---|---|
| **HEATHER MARTIN,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | ) **Case No.** |
| | ) **Division** |
| **QUIKTRIP CORPORATION,** doing | ) |
| business as QUIKTRIP #236, | ) |
| Serve: CT Corporation System | ) |
| Registered Agent | ) |
| 5661 Telegraph Road | ) |
| Suite 4B | ) |
| St. Louis, MO  63129 | ) |
| | ) |
| **Defendant.** | ) |

**MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVERS**

Pursuant to Missouri Rules of Civil Procedure, Plaintiff hereby requests The Court appoint D&B Legal Service, LLC who is qualified to serve process, is not a party to the case, and is not less than eighteen (18) years of age, as a special process server in the above cause to serve process in this case.

Respectfully submitted,

**WENDT LAW FIRM, P.C.**

 /s/ Nick Hillyard
NICK HILLYARD          #57538
SAMUEL M. WENDT        #53573
4717 Grand Ave., Suite 130
Kansas City, Missouri  64112
(816) 531-4415
(816) 531-2507 (fax)
nick@wendtlaw.com
sam@wendtlaw.com

EXHIBIT A

**ORDER**

It is hereby ordered that the Plaintiff's Motion for Approval and Appointment of Private Process Server is granted, D&B Legal Service, LLC, is hereby approved and appointed to serve process in the above-captioned matter.

Date: _____     _____

Judge or Clerk

Electronically Filed - Platte - December 17, 2025 - 01:43 PM

**IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI**

| | |
|---|---|
| HEATHER MARTIN, )<br>)<br>    **Plaintiff** )<br>)<br>v. )<br>)<br>QUIKTRIP CORPORATION, doing )<br>business as QUIKTRIP #236, )<br>    Serve: CT Corporation System )<br>        Registered Agent )<br>        5661 Telegraph Road )<br>        Suite 4B )<br>        St. Louis, MO  63129 )<br>)<br>    **Defendant.** ) | **Case No.**<br>**Division** |

**PETITION FOR DAMAGES**

COMES NOW plaintiff Heather Martin, by and through counsel, and for her Petition for Damages and causes of action against defendant QuikTrip Corporation, doing business as QuikTrip #236 ("QT"), states, alleges and avers as follows:

**THE PARTIES**

1.    At all times relevant herein, plaintiff was and is an individual, more than 18 years of age, residing in Atchison, Kansas.

2.    At all times relevant herein, defendant QuikTrip Corporation, was and is an Oklahoma corporation, doing business as QuikTrip #236, active and in good standing, registered and authorized to do business in the state of Missouri, conducting business throughout Platte County, Missouri, with a principal office located at 4705 S 129th East Avenue in Tulsa, Oklahoma  74134-7005 and registered office located at 5661 Telegraph Road, Suite 4B, in St. Louis, Missouri  63129-4275, where it may be served with process

1

on its registered agent CT Corporation System, that is subject to the jurisdiction of this Court.

3.    At all times relevant herein, the deeds, acts, omissions and knowledge attributed to defendant QT were performed, omitted or known by defendant by and through its agents, servants and employees, acting within the course and scope of their agency and/or employment with defendant.

4.    At all times relevant herein, defendant QT's servants, employees and/or agents, actual or ostensible, were acting within the course and scope of their employment and/or agency with defendant. As their employer/principal, defendant QT is liable for their negligence under the doctrine of *respondeat superior*.

## JURISDICTION & VENUE

5.    This Court has jurisdiction over plaintiff's claims and defendant QT pursuant to Mo. Rev. Stat. §§ 478.070, 478.220 and 506.500(1) as defendant transacted business; made contracts; committed tortious acts; and owns, uses or possesses real estate in Platte County, Missouri, giving rise to this action. Moreover, defendant QT has sufficient minimum contacts with Missouri to make it reasonable for defendant to be sued in Missouri satisfying the requirements of the Due Process Clause of the Fourteenth Amendment of the U.S. Constitution.

6.    Venue is proper in this Court pursuant to Mo. Rev. Stat. §§ 508.010(4) because the tortious conduct alleged herein occurred and first injured plaintiff in Platte County, Missouri.

2

## **FACTUAL ALLEGATIONS**

7.      At all times relevant herein, defendant QT owned, possessed, controlled, occupied, managed, maintained and/or operated a gas station and convenience store located at 1850 Branch Street in Platte City, Platte County, Missouri  64079 (the "gas station").

8.      On or about the morning of January 5, 2021, plaintiff drove her Ford F250 pickup truck to QT's gas station to fill it up with gas.

9.       Plaintiff pulled up to the far southeast pump, which was covered, and began filling her truck up with gas.

10.      While doing so, at approximately 7:52 a.m., plaintiff began cleaning her front windshield with the squeegee provided at the pump.

11.      There was no visible snow or ice on the ground.

12.      As plaintiff moved around from the front driver's side to front passenger side of her pickup truck, she slipped near the front passenger headlight on black/invisible ice and fell to the ground.

13.      In the fall, plaintiff suffered injuries to her right shoulder, right arm, right hip, abdomen and legs.

14.      After falling, plaintiff laid on the ground unable to get up due to pain then eventually crawled to her pickup truck and used it to get up.

15.      Plaintiff then reported her fall and injury to defendant QT's gas station employee, who completed an incident report.

16.      Plaintiff brings this action against defendant QT for damages arising from personal injuries she sustained.

3

## **COUNT I – NEGLIGENCE/PREMISES LIABILITY**

17.     Plaintiff hereby incorporates by this reference the allegations contained in the foregoing paragraphs as if fully set forth herein.

18.     At all times relevant herein, plaintiff was at defendant QT's gas station as its business invitee and/or was on the premises of defendant's gas station with the express or implied invitation, and for the benefit, of defendant.

19.     The ice at the gas pump upon which plaintiff slipped and sustained injury constituted a dangerous condition.

20.     Defendant QT owed plaintiff a duty of reasonable care to protect plaintiff against certain dangers, including this dangerous condition; had a duty to warn plaintiff of the dangerous condition as it was a foreseeable peril created by defendant that was not readily discoverable; and owed plaintiff a duty of care as this dangerous condition was known or should have been known to defendant through ordinary care or inspection but was not known to plaintiff.

21.     Defendant QT owed plaintiff a duty to exercise reasonable and ordinary care in removing snow and ice from the gas station; maintaining the gas station in such a manner as not to create unreasonable risk of harm to others including plaintiff due to snow and ice; protecting plaintiff against any reasonably anticipated danger due to snow and ice at the gas station; and warning plaintiff of any dangerous condition at the gas station due to snow and ice that was either known, or in the exercise of reasonable care should have been known.

22.     Defendant QT knew invitees would traverse the area around the gas pump on foot but failed to warn of or correct the dangerous condition there.

23.     A reasonable amount of time passed after the snow and ice was present at defendant QT's gas station to give rise to defendant's duties to properly remove the ice and snow from the gas station before plaintiff's fall.

24.     However, defendant QT failed to exercise reasonable or ordinary care for plaintiff's safety.

25.     Defendant QT had actual knowledge of the dangerous condition, or the dangerous condition had existed for such a length of time that in the exercise of reasonable and ordinary care defendant should have known of the dangerous condition.

26.     Defendant QT, by exercising reasonable and ordinary care, could have discovered the dangerous condition and the unreasonable risk it posed and could have made that condition safe before plaintiff's fall.

27.     The dangerous condition was unknown, concealed, undiscoverable and hidden from plaintiff, who had no way to appreciate the danger it posed.

28.     Defendant QT knew, or through the exercise of reasonable and ordinary care should have known, that plaintiff lacked knowledge of the dangerous condition, would not discover or realize the danger posed by the dangerous condition, would fail to protect herself against the dangerous condition and could not have discovered the dangerous condition in the exercise of ordinary care.

29.     Consequently, defendant QT's gas station was not reasonably safe and plaintiff sustained injury resulting from the dangerous condition.

30.     Plaintiff's fall and injury caused by the negligence of defendant QT was the type that was reasonably foreseeable to defendant and likely to occur.

31.     Defendant breached the duty owed to plaintiff as outlined in the preceding paragraphs and was careless and negligent in, among other ways, one or more of the following respects:

a.      failing to use reasonable and ordinary care to ensure plaintiff's safety;

b.      failing to exercise reasonable care to protect plaintiff and other invitees from the above-described dangerous condition at the gas pump;

c.      failing to properly inspect the gas station for dangerous conditions and to ensure the safety of plaintiff;

d.      failing to properly maintain the gas station free of the dangerous condition and to ensure the safety of plaintiff;

e.      failing to keep the gas station in a reasonable safe and suitable condition so as to avoid injury to plaintiff;

f.      failing to apply ice melt at the gas station;

g.      failing to remove or correct the above-described dangerous condition at the gas pump;

h.      failing to exercise reasonable care to warn plaintiff and other invitees of the above-described dangerous condition at the gas pump; and

i.      failing to create and maintain adequate safety practices, policies and procedures to warn invitees such as plaintiff of and to remove dangerous conditions on the gas station premises such as the above-described dangerous condition at the gas pump.

6

32.     Plaintiff had a right to expect defendant QT  to provide a reasonably safe premises that did not expose her to an unreasonably dangerous condition of the premises.

33.     As a direct and proximate result of plaintiff sustaining a fall on the sheet of black/invisible ice at defendant QT's gas station's gas pump due to defendant's aforementioned negligence, carelessness and recklessness, defendant caused and/or contributed to cause plaintiff to suffer permanent and progressive injuries, which required and will require medical care and treatment; suffer past and future pain, suffering, disability, mental anguish, emotional distress and loss of enjoyment of life; incur past and future medical expenses; and incur past and future lost wages, all to plaintiff's damage.

34.     All of plaintiff's injuries, disabilities, infirmities and damages are permanent, painful and progressive in nature and extent.

WHEREFORE, plaintiff Heather Martin prays for judgment against defendant QuikTrip Corporation, doing business as QuikTrip #236, in an amount that is fair and reasonable under the circumstances, her costs incurred herein and for such further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury for all counts set forth herein.

7

Respectfully submitted,

**WENDT LAW FIRM, P.C.**

 /s/ Nick Hillyard
_____

NICK HILLYARD          #57538
SAMUEL M. WENDT          #53573
4717 Grand Ave., Suite 130
Kansas City, Missouri  64112
(816) 531-4415
(816) 531-2507 (fax)
nick@wendtlaw.com
sam@wendtlaw.com
**ATTORNEYS FOR PLAINTIFF**

8